Philip McGrady
MCGRADY LAW FIRM
P.O. Box 40
Park City, Montana 59063
406-322-8647 (phone)
406-322-8649 (fax)
philip@mcgradylawfirm.com

Trang Q. Tran
TRAN LAW FIRM L.L.P.
9801 Westheimer Rd., Suite 302
Houston, Texas 77042
(713) 223-8855 Telephone
(713) 623-6399 Facsimile
Ttran@tranlawllp.com
*Pro Hac Vice*

Attorneys for the Plaintiff

# UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| MCKEEG RUSSELL, on Behalf of Himself and Others Similarly Situated<br><br>Plaintiff,<br><br>vs.<br><br>ALL ABOUT OIL FIELD SERVICES, LLC,<br><br>Defendant. | Cause No. 15-CV-00054-SPW-CSO<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

COME NOW the parties, by and through their respective counsel of record, and hereby stipulate that all claims, causes of action and contentions asserted in the Complaint, and all amendments to the Complaint, in the above-entitled action, may be dismissed with prejudice, each party to bear its own attorneys' fees and costs except as otherwise agreed to by the parties. A proposed Order for Dismissal is filed herewith.

DATED this 29th day of October, 2015.

                              ATTORNEYS FOR PLAINTIFF

                              By:  /s/ Trang Tran
                                      Trang Tran

                              By:  /s/ Philip McGrady
                                      Philip McGrady

                              ATTORNEYS FOR DEFENDANT

                              By:  /s/ Jeffrey T. Johnson
                                      Jeffrey T. Johnson

                              By:  /s/ Casey Heitz
                                      Casey Heitz

                              By:  /s/ Robert J. Savage
                                      Robert J. Savage

## **CERTIFICATE OF SERVICE**

This is to certify that on October 29, 2015, a copy of the foregoing was filed electronically and was therefore served electronically on those persons and entities that have properly registered for such electronic service.

By: /s/ Philip McGrady
Philip McGrady