IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MCKEEG RUSSELL, on Behalf of Himself and Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ALL ABOUT OIL FIELD SERVICES, LLC,<br><br>Defendant. | CV 15-00054-BLG-SPW-CSO<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

This matter came before the Court on the Stipulation for Dismissal with Prejudice (Doc. 26) filed by the parties in the above-entitled action. In accordance with the Stipulation,

IT IS HEREBY ORDERED that the above-entitled matter is dismissed with prejudice, each party to bear its own attorneys' fees and costs except as otherwise agreed to by the parties.

DATED this 29th day of October, 2015.

SUSAN P. WATTERS
United States District Judge

1